**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6800**

---

RICKEY R. LLOYD,

Plaintiff - Appellant,

versus

FRANKLIN E. FREEMAN, JR.; LYNN C. PHILLIPS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Graham C. Mullen, Chief
District Judge.  (CA-97-106-3-MU)

---

Submitted:  February 25, 1999          Decided:  March 8, 1999

---

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Rickey R. Lloyd, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Lloyd v. Freeman</u>, No. CA-97-106-3-MU (W.D.N.C. May 11, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>